UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY ANN COLE, et al.,

        Plaintiffs,

        v.

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

Case No. 20-cv-07855-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Case Referred to Magistrate Judge for Settlement Conference to be completed by the last two weeks of September 2021.

FURTHER CASE MANAGEMENT: 6/11/21 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/8/21.

DESIGNATION OF EXPERTS: 11/8/21; REBUTTAL: 12/8/21;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 1/13/22.

DISPOSITIVE MOTIONS **SHALL** be filed by; 2/11/22;
    Opp. Due: 3/4/22; Reply Due: 3/18/22;
    and set for hearing no later than 4/1/22 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 5/10/22 at 3:30 PM.

Jury TRIAL DATE: 5/23/22 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: March 5, 2021

_____
SUSAN ILLSTON
United States District Judge